FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2009 MAY -8 PM 3: 27

LORETTA G. WHYTE
CLERK

## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

TROY ANDREWS                                    CIVIL ACTION

VERSUS                                          NO.  04-2535

BURL CAIN, WARDEN                               SECTION "N" (5)

## O R D E R

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that the petition of Troy Andrews for issuance of a writ of habeas corpus under 28 U.S.C. §2254 be **DENIED** and **DISMISSED WITH PREJUDICE.**

New Orleans, Louisiana, this _8th_ day of _May_, 2009.

_____
UNITED STATES DISTRICT JUDGE